Dolores Contreras, Esq. SBN 257230
dc@contreraslawfirm.com
CONTRERAS LAW
402 West Broadway, Suite 1200
San Diego, CA 92101
Tel (619) 238-0616 / Fax: (619) 342-3166

Attorneys for Defendant
CLAUDIA SALAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>CLAUDIA SALES; and DOES 1-10.<br><br>  Defendants. | Case No.: 2:14-CV-02976<br><br>**STIPULATION & ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Plaintiff, SCOTT JOHNSON, by and through its undersigned attorneys, and Defendant, CLAUDIA SALAS, by and through its undersigned attorneys, hereby stipulate and agree to the following:

1. Defendant CLAUDIA SALAS' deadline to file a responsive pleading to the Complaint is extended to February 20, 2015.

The parties have not previously requested an extension of Defendant's responsive pleading deadline.

//

1
**STIPULATION & ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

WHEREFORE, the parties respectfully request that the Court enter an order, in the form attached hereto, extending Defendant's responding pleading deadline to February 20, 2015.

CENTER FOR DISABILITY ACCESS

Date: January 30, 2015     By:    /s/ Phyl Grace
                                               PHYL GRACE
                                               Attorneys for Plaintiff
                                               SCOTT JOHNSON

                                             Email:     phylg@potterhandy.com

CONTRERAS LAW

Date: January 30, 2015     By:    /s/ Dolores Contreras
                                               DOLORES CONTRERAS
                                             Attorneys for Defendant
                                             CLAUDIA SALAS

                                           Email:     dc@contreraslawfirm.com

# **ORDER**

IT IS HEREBY ORDERED, upon consideration of the parties Stipulation for Extension of Time to Respond to Complaint, that Defendant CLAUDIA SALAS shall file an answer or otherwise respond to Plaintiff's Complaint on or before February 20, 2015.

IT IS SO ORDERED.

Dated:  February 11, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT