Dolores Contreras, Esq. SBN 257230
dc@contreraslawfirm.com
CONTRERAS LAW
402 West Broadway, Suite 1200
San Diego, CA 92101
Tel (619) 238-0616 / Fax: (619) 342-3166

Attorneys for Defendant
CLAUDIA SALAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>           Plaintiff,<br><br>v.<br><br>CLAUDIA SALAS; and DOES 1-10.<br><br>           Defendants. | Case No.: 2:14-CV-02976<br><br>**STIPULATION & ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Plaintiff, SCOTT JOHNSON, by and through its undersigned attorneys, and Defendant, CLAUDIA SALAS, by and through its undersigned attorneys, hereby stipulate and agree to the following:

1. Defendant CLAUDIA SALAS' deadline to file a responsive pleading to the Complaint is extended to March 13, 2015.

The parties have previously requested one extension of Defendant's responsive pleading deadline. The parties are currently in settlement discussions and optimistic to resolve this matter without the need for further judicial intervention.

1

**STIPULATION & ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

WHEREFORE, the parties respectfully request that the Court enter an order, in the form attached hereto, extending Defendant's responding pleading deadline to March 13, 2015.

                                      CENTER FOR DISABILITY ACCESS

Date: February 20, 2015     By:    /s/ Phyl Grace
                                          PHYL GRACE
                                          Attorneys for Plaintiff
                                          SCOTT JOHNSON

                                          Email:   phylg@potterhandy.com

                                        CONTRERAS LAW

Date: February 20, 2015     By:    /s/ Dolores Contreras
                                          DOLORES CONTRERAS
                                          Attorneys for Defendant
                                          CLAUDIA SALAS

                                          Email:   dc@contreraslawfirm.com

**STIPULATION & ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

CONTRERAS LAW
402 W. Broadway, Ste. 1200
San Diego, California 92101
(619) 238-0616

## **ORDER**

IT IS HEREBY ORDERED, upon consideration of the parties Stipulation for Extension of Time to Respond to Complaint, that Defendant CLAUDIA SALAS shall file an answer or otherwise respond to Plaintiff's Complaint on or before March 13, 2015.

IT IS SO ORDERED.

Dated: February 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

CONTRERAS LAW
402 W. Broadway, Ste. 1200
San Diego, California 92101
(619) 238-0616

3
**STIPULATION & ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT**