UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>      Plaintiff,<br><br>   v.<br><br>CLAUDIA SALAS; and Does 1-10,<br><br>      Defendants | Case: 2:14-CV-02976-MCE-CKD<br><br>**ORDER** |

**ORDER**

Pursuant to the signed stipulation filed on April 17, 2015 (ECF No. 11), this action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated:  April 20, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT